FILED

05/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0682

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 19-0682

_____

JACK KRAMER and KEN KRAMER, individually and
on behalf of all others similarly situated,

Plaintiffs and Appellees,

v.

FERGUS FARM MUTUAL INSURANCE COMPANY,

Defendant and Appellant.

_____

**GRANT OF EXTENSION**

_____

Upon consideration of the Unopposed Motion for Extension of Time, there

having been no objection from Appellees, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted a 30-day extension, up

to and through June 15, 2020, to file its reply brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 7 2020